**Jimmie WALLACE, Appellant,**

v.

**PENNSYLVANIA BOARD OF PROBATION & PAROLE, Appellee.**

Supreme Court of Pennsylvania.

April 22, 2005.

*ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of April, 2005, probable jurisdiction is noted; the order

appealed is affirmed. The Motion For Summary Judgment is denied.